UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA TINSLEY, | CASE NO. C18-5867-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 13). Plaintiff prevailed on an appeal of an agency action and thus is entitled to an award of attorney fees and costs. (*See* Dkt. Nos. 11 and 12.) Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 13). Pursuant to 28 U.S.C. § 2412(a) and (d), the Court AWARDS attorney fees in the amount of $2,348.88 and costs of $400.

Subject to any offset by the Department of Treasury as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for attorney fees and costs shall be made payable to Plaintiff's attorney, Kevin J. Margado. Regardless of any offset, the check shall be mailed to Kevin J. Margado at the following address: David B. Vail, Jennifer M. Cross-Euteneier, & Associates, P.O. Box 5707, Tacoma, WA 98415-0707.

//

1     DATED this 13th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE